HILTON *v.* WILCOX *et al.*

FISH, C. J. Under the pleadings and the evidence the judge did not err in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 1398.   FEBRUARY 12, 1920.

Petition for injunction. Before Judge Highsmith. Telfair superior court. March 8, 1919.

*W. B. Smith* and *S. D. Dell,* for plaintiff.

*Gordon Knox* and *J. C. Bennett,* for defendants.